JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALEXANDER BARNES, | No. SA CV 15-1386-DMG (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| NEIL McDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

DATED: September 25, 2017

_____
DOLLY M. GEE
United States District Judge